**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Brandon Mitchell Fleetham** <br> DOB: 1989; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 23-05788MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 25, 2023, in the District of Arizona, **Brandon Mitchell Fleetham**, knowing or in reckless disregard that certain aliens, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about March 25, 2023, in the District of Arizona, **Brandon Mitchell Fleetham**, knowing that certain illegal aliens, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 25, 2023, in the District of Arizona (Douglas), at approximately 3:00 p.m., Border Patrol Agents (BPAs) were informed of a white Cadillac Escalade that was observed performing a U-turn approximately one quarter mile south of the immigration checkpoint located on State Route (SR) 80 near the Arizona and New Mexico Border. At approximately 3:10 p.m., BPAs observed a vehicle matching the description as it traveled southbound on SR 80. BPAs observed multiple subjects crouched down in the seats and subjects laying down on top of each other in the cargo area of the vehicle. BPAs initiated a vehicle stop for an immigration inspection on the vehicle's occupants and observed the vehicle swerve onto oncoming traffic then back to the correct lane and come to a stop on the side of the road. BPAs approached the vehicle and observed multiple subjects moving around within the vehicle and identified themselves as Border Patrol Agents. An immigration inspection was conducted and the driver, identified as **Brandon Mitchell FLEETHAM**, was determined to be a United States citizen. Ten additional passengers were found within the vehicle and an immigration inspection was conducted. All ten passengers, to include Cupertino Cantu-Cantu and Primitivo Gomez-Gomez, were all determined to be citizens of Mexico, illegally present in the United States. Records checks revealed that Cupertino Cantu-Cantu and Primitivo Gomez-Gomez do not possess the proper documentation to enter, pass through or remain in the United States legally. Cantu-Cantu was previously removed from the United States on May 6, 2022. Gomez-Gomez was previously removed from the United States on April 9, 2010.

After waiving his *Miranda* rights, **FLEETHAM** admitted to driving from Tucson, Arizona to Douglas, Arizona where he was directed to pick up ten subjects near mile marker 390 on SR 80. **FLEETHAM** stated he knew the subjects he was picking up were illegally present in the United States and he was directed to drive them to Tucson where he would be paid $1,000.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br> *(signature)* <br> OFFICIAL TITLE & NAME: <br> U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) <br> *(signature)* | DATE <br> March 27, 2023 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Siegele